FILED US District Court-UT
APR 17 '24 PM12:03

TRINA A. HIGGINS, United States Attorney (#7349)
BRYAN N. REEVES, Assistant United States Attorney (DC #994799)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801)524-5682
Email: bryan.reeves@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WICLIFF YVES FLEURIZARD, <br><br> Defendant. | INDICTMENT <br><br> COUNT 1: 18 U.S.C. § 2199 [Stowaway on Aircraft] <br><br> COUNT 2: 18 U.S.C. § 1029(a)(1) [Access Device Fraud] <br><br> Case: 2:24-cr-00133 <br> Assigned To : Barlow, David <br> Assign. Date : 4/16/2024 |

The Grand Jury Charges:

COUNT 1

18 U.S.C. § 2199
(Stowaway on Aircraft)

On or about March 17, 2024, in the District of Utah,

WICLIFF YVES FLEURIZARD,

the Defendant herein, without the consent of the owner or person in command of an aircraft, namely, Delta Airlines Flight #1683, and with the intent to obtain transportation, did board, enter and secrete himself on such aircraft and was thereon at the time of departure of said aircraft from an airport within the jurisdiction of the United States, namely Salt Lake City International Airport, all in violation of 18 U.S.C. § 2199.

## COUNT 2

18 U.S.C. § 1029(a)(1)
(Access Device Fraud)

On or about March 17, 2024, in the District of Utah,

WICLIFF YVES FLEURIZARD,

the Defendant herein, knowingly and with intent to defraud, did produce and use a counterfeit access device as defined in 18 U.S.C. § 1029(e)(1) and (2), namely, a boarding pass for passenger transportation on Delta Airlines Flight #1683, and such offense affecting interstate commerce, all in violation of 18 U.S.C. § 1029(a)(1).

A TRUE BILL:

/s/
_____
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

/s/ BNR
_____
BRYAN N. REEVES
Assistant United States Attorney