UNITED STATES PROBATION OFFICE
FOR THE DISTRICT OF UTAH

## Petition and Order for Action on Conditions of Pretrial Release

Name of Defendant:  Wicliff Yves Fleurizard          Docket Number:   2:24CR00133-001

Name of Judicial Officer:    Honorable Cecilia M. Romero
U.S. Magistrate Judge

Date of Release:    March 21, 2024

### PETITIONING THE COURT

To issue a Summons ████████████████████████████████████████

### CAUSE

The pretrial service officer believes that the defendant has violated the conditions of supervision as follows:

**Allegation No. 1:** On November 2, 2024, the person under supervision was arrested or questioned by a law enforcement officer and failed to notify his/her U.S. Probation Officer within 24 hours.

Evidence in support of above allegations is derived from U.S. Pretrial office records and direct supervision efforts therein. On November 2, 2024, Austin Police Department in Texas, at the Austin airport contacted this officer reporting they had contact with the defendant at the airport Transportation Security Administration station.

**Allegation No. 2:** The defendant shall not leave the judicial district (Texas or Utah) without the permission of the court or probation officer.

Evidence in support of these allegations is derived from U.S. Probation Office records and direct supervision efforts therein. On November 2, 2024, Austin Police Department at the Austin, Texas airport contacted this officer reporting they had contact with the defendant at the airport Transportation Security Administration station reporting the defendant was traveling.

On November 7, 2024, the defendant reported to this officer he left the state of Texas on November 2, 2024, to travel to Florida for a family member's birthday. The defendant returned to the state of Texas on November 10, 2024.

Wicliff Yves Fleurizard
2:24CR00133-001

I declare under penalty of perjury that the foregoing is true and correct.

_Eli Ernest_
By    Eli Ernest
      U.S. Pretrial Services Officer
      Date:  November 12, 2024

---

**THE COURT ORDERS:**

☐ The issuance of a Summons
☐ The issuance of a Warrant
☐ No action
☐ Other: _____
☐ That the conditions or pretrial release be amended as outlined above
☐ That the Warrant issued on the above date be withdrawn
☐ Previous Petition to be amended and the issuance of a Warrant
☑ Expedited hearing set for: 12/12/2024  at  10:00 AM
   before U.S. Magistrate Judge  Cecilia M. Romero Courtroom 8.400

_Cecilia M. Romero_
Honorable Cecilia M. Romero
U.S. Magistrate Judge

Date: 11/13/2024