IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>WICLIFF YVES FLEURIZARD<br><br>Defendant. | **RELEASE ORDER**<br><br>Case No. 2:24CR133 DBB<br><br>Magistrate Judge Jared C. Benentt |

The defendant appeared before the court on March 11, 2025 for a Change of Plea Hearing where he was ordered in continued detention. On March 20, 2025 the court received a call from the USMS that the defendant, Wiclif Yves Fleurizard, had a medical emergency. For these reasons the court orders the defendant released from the custody of the U.S. Marshal on Thursday March 20, 2025. If the defendant becomes medically cleared, the court ORDERS that the defendant will be ordered back into detention, based on the detainer placed on him and the courts prior order of detention.

DATED this 20th day of March, 2025.

BY THE COURT:

Jared C. Bennett
United States Magistrate Judge

1